# IN THE SUPREME COURT OF THE STATE OF NEVADA

322 KAREN AVE UN 2606 TRUST,
Appellant,
vs.
JPMORGAN CHASE BANK, N.A.,
Respondent.

No. 78645

**FILED**

DEC 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Tierra Danielle Jones, District Judge
Persi J. Mishel, Settlement Judge
Kerry P. Faughnan
Smith Larsen & Wixom
Eighth District Court Clerk

19-50879